# In the United States District Court for the Southern District of Georgia Waycross Division

```
CELSO MAYORGA-HERNANDEZ,
et al.,

     Plaintiffs,
                                        CV 5:24-097
     v.

JAVIER GUERRERO, et al.,

     Defendants.
```

## ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal, dkt. no. 25, wherein they notify the Court that they wish to dismiss their claims against Defendants Shane Wade and Shiloh Berry Farms, Inc., with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted against Defendants Shane Wade and Shiloh Berry Farms, Inc. in this action are **DISMISSED with prejudice**. The Clerk is **DIRECTED** to terminate Shane Wade and Shiloh Berry Farms, Inc. as defendants in this action. Each party shall bear its own fees and costs. Plaintiffs' claims against Javier Guerrero and Adonay Resources, LLC, remain pending.

**SO ORDERED**, this 27 day of May, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA